**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 08-cv-00270-RPM-CBS**

**BONNIE MARTINEZ,**

        **Plaintiff,**

**v.**

**NCB MANAGEMENT SERVICES, INC., a Pennsylvania corporation,**

        **Defendant.**

_____

## ORDER DISMISSING CASE WITH PREJUDICE
_____

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant

to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the

premises, it is

ORDERED that this case is Dismissed with Prejudice, with each party to pay their or

its own attorney's fees and costs.

DATED: May 1st, 2008

        BY THE COURT:

        s/Richard P. Matsch

        _____

        U.S. DISTRICT JUDGE